**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JOSE UBALDO ROMAN MARIA, NELSON
JAVIER VASQUEZ RODRIGUEZ,
PRUDENTE RAMIREZ CORNELIO, and
DAVID BENTZLER, *individually and on*
*behalf of others similarly situated,*

                              *Plaintiffs*,

              -against-

ROUGE TOMATE CHELSEA LLC (D/B/A
ROUGE TOMATE), ROUGE TOMATE
CORP. (D/B/A ROUGE TOMATE), ROUGE
TOMATE NEW YORK LLC (D/B/A ROUGE
TOMATE), EMMANUEL VERSTRAUTEN,
CHRISTIAN MOLINA, HARTLEY PARISH,
and GRIGORII GULIAEV,

                              *Defendants.*
---------------------------------------------------------X

**18-cv-09826-VSB**

**PROPOSED DEFAULT JUDGMENT**

On October 24, 2018, this action was commenced by Plaintiffs' filing of the Complaint. (Dkt. No. 1). The summons and Complaint in this action having been duly served on the defendants Rouge Tomate Chelsea LLC (D/B/A Rouge Tomate), Rouge Tomate Corp. (D/B/A Rouge Tomate), Rouge Tomate New York LLC (D/B/A Rouge Tomate), Emmanuel Verstrauten, and Christian Molina, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants Rouge Tomate Chelsea LLC (D/B/A Rouge Tomate), Rouge Tomate Corp. (D/B/A Rouge Tomate), Rouge Tomate New York LLC (D/B/A Rouge Tomate), Emmanuel Verstrauten, and Christian Molina by default, in the amounts that follow, including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a):

For Plaintiff Jose Ubaldo Roman Maria: $6,497.60 plus prejudgment interest calculated upon the amount $6,497.60 at the rate of 9% per annum from February 15, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff Nelson Javier Vasquez Rodriguez: $10,040.74, plus prejudgment interest calculated upon the amount $10,040.74 at the rate of 9% per annum from March 15, 2018 to the date of judgment, which is calculated to be _____;

For Plaintiff Prudente Ramirez Cornelio: $3,788.85 plus prejudgment interest calculated upon the amount $3,788.85 at the rate of 9% per annum from June 15, 2018 to the date of judgment, which is calculated to be _____;

That the Plaintiffs are awarded attorney's fees in the amount of $4,170.00and costs in the amount of $602.00, all computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiffs are awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

- 3 -

Dated:   New York, New York
         August ___, 2019

                                         _____
                                         JUDGE VERNON S. BRODERICK
                                         UNITED STATES DISTRICT JUDGE

- 3 -