USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSE UBALDO ROMAN MARIA, et al.    :
:
                Plaintiffs,    :
:     18-CV-9826 (VSB)
        -against-    :
:     **ORDER**
ROUGE TOMATE CHELSEA LLC, et al.    :
:
                Defendants.    :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on October 24, 2018, (Doc. 1), and filed affidavits of service on November 15, 2018 and December 10, 2018, (Docs. 17–19, 21–24). On July 12, 2019, the Clerk's office entered certificates of default against non-answering defendants Rouge Tomate Chelsea LLC, Rouge Tomate New York LLC, Rouge Tomate Corp., Emmanuel Verstrauten, and Christian Molina. (Docs. 43–47.) On August 13, 2019, I entered an order to show cause as to why a default judgment should not be entered against these defendants, (Doc. 59), and on October 25, 2019 held an order to show cause hearing, but reserved entering Plaintiffs' proposed default judgment until resolution of the case as to the remaining defendants and the filing of an amended proposed default judgment, (Doc. 65).

      This case has now been resolved as to the remaining defendants, (Doc. 68), and Plaintiffs have filed an amended proposed default judgment in accordance with my order, (Doc. 73-14). Accordingly, it is hereby:

      ORDERED that a default judgment is entered against defendants Rouge Tomate Chelsea LLC, Rouge Tomate New York LLC, Rouge Tomate Corp., Emmanuel Verstrauten, and Christian Molina;

IT IS FURTHER ORDERED that I will enter an order of reference to the Magistrate Judge for an inquest on damages and attorney's fees.

SO ORDERED.

Dated:　　May 20, 2020
　　　　　　New York, New York

Vernon S. Broderick
United States District Judge